**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**TIMOTHY LEE JENKS**                                                         **PLAINTIFF**

**V.**                              **CASE NO. 5:21-CV-05192**

**INVESTIGATOR RUTLEDGE, Benton
County Sheriff's Department; B and L TOWING
and RECOVERY; CASEY JENKS; and
MANDY JENKS**                                                              **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on December 8, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Mr. Jenks's claims against Investigator Rutledge, Casey Jenks, and Mandy Jenks are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). By separate order the Complaint will be served on B & L.

**IT IS SO ORDERED** on this 30th day of December, 2021.

*/s/ Timothy L. Brooks*_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE